**United States District Court**
For the Northern District of California

**\*E-FILED: March 26, 2013\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY C. CALDWELL, | No. C13-01344 HRL |
| Plaintiff, | **ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |
| v. | |
| WELLS FARGO BANK, N.A., successor in interest to WACHOVIA MORTGAGE, FSB, successor in interest to WORLD SAVINGS BANK; REGIONAL TRUSTEE SERVICES CORPORATION; a Washington Corporation; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive, | |
| Defendants. | |

Plaintiff has moved for a temporary restraining order. Because plaintiff requests immediate injunctive relief, but not all parties have consented to magistrate jurisdiction, the undersigned lacks jurisdiction to hear plaintiff's application. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall promptly reassign this case to a district judge. See 28 U.S.C. § 636.

Dated: March 26, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:13-cv-01344-HRL Notice has been electronically mailed to:

2  September Joy Katje    sk@consumerlitigationlawcenter.com,
   ec@consumerlitigationlawcenter.com, km@consumerlitigationlawcenter.com,
3  ld@consumerlitigationlawcenter.com, rr@consumerlitigationlawcenter.com

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2