1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| NANCY CALDWELL, an individual, | ) | Case No.: 13-CV-01344-LHK |
| Plaintiff, | ) | |
| v. | ) | ORDER VACATING HEARING |
| WELLS FARGO BANK, N.A., et al., | ) | |
| Defendants. | ) | |

Pursuant to Civil Local Rule 7-1(b), the Court finds Defendant's Motion for Award of Attorneys' Fees appropriate for resolution without oral argument.  Accordingly, the hearing on this motion scheduled for February 13, 2014, at 1:30 p.m. is hereby VACATED.  The Court will issue an order on the motion shortly.

**IT IS SO ORDERED.**

Dated: February 12, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge